FILED
APR 26 2019
Clerk, U S District Court
District Of Montana
Billings

FILED
APR 26 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAWAN DEONTE JONES, <br><br> Defendant. | CR 18-23-BLG-SPW <br><br> ORDER |

For the reasons stated on the record, DAWAN DEONTE JONES is hereby released from the custody of the U.S. Marshals Service.

DATED this 26th day of April, 2019.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1