IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUL 3 0 2019
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 18-23-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO DISMISS PETITION ALLEGING VIOLATION OF SUPERVISED RELEASE CONDITIONS |
| DAWAN DEONTE JONES, | |
| Defendant. | |

Pending before the Court is the motion of the United States to dismiss the petition alleging a violation of supervised release conditions (Doc. 54). For good cause shown,

IT IS HEREBY ORDERED that the petition (Doc. 43) alleging a violation of supervised release conditions is **DISMISSED**.

IT IS FURTHER ORDERED that the revocation hearing set for Thursday, August 1, 2019 at 3:30 p.m. is **VACATED**.

DATED this 30th day of July, 2019.

SUSAN P. WATTERS
United States District Judge

1